**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Western__ District of __Texas (Austin Division)__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

HPV Family, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5. Debtor's address**

**Principal place of business**

5850 Granite Pkwy Ste 210
Number   Street

_____

Plano                          TX        75024-6752
City                           State     ZIP Code

Collin County, Texas
County

**Mailing address, if different**

_____
Number   Street

_____
P.O. Box

_____
City               State     ZIP Code

**Location of principal assets, if different from principal place of business**

404.5861 Acre Tract Located in the Sammuel Nimmo
Number   Street

Survey, Abstract 481, and the J.F. Furguson Survey,

Abstract 231, Georgetown, TX
City               State     ZIP Code

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor   HPV Family, LLC  
         Name

Case number (*if known*)_____

| | |
|---|---|
| **6. Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☐ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |
| | | Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |

## Part 3: Report About the Case

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor **HPV Family, LLC**
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Energy Commissioning, Inc. | Promissory Note (Accrued Interest) | $ 73,759.63 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ 73,759.63 |

Petitioning Creditor is owed other amounts, including, without limitation, unmatured debt, secured debt, and other contingent and unliquidated amounts. Petitioning Creditor reserves and preserves all rights and claims.

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
**Energy Commissioning, Inc.**
Name
17019  **Rocky Ridge Road**
Number  Street
**Austin**  **TX**  **78734**
City  State  ZIP Code

Name and mailing address of petitioner's representative, if any
**Marshall M. Hussain**
Name
(See Above)
Number  Street
_____  _____  _____
City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/ 27/ 2024
MM / DD / YYYY

X _/s/ signature_
Signature of petitioner or representative, including representative's title

**Attorneys**

**Kell C Mercer**
Printed name
**Kell C Mercer PC**
Firm name, if any
901  **S Mopac Expy Bldg 1 Ste 300**
Number  Street
**Austin**  **TX**  **78746**
City  State  ZIP Code

Contact phone (512) 7673214   Email Kell.Mercer@mercer-law-pc.com

Bar number  24007668

State  TX

X  /s/ Kell C. Mercer
Signature of attorney

Date signed  3  27/24
MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

# United States Bankruptcy Court
## Western District of Texas, Austin Division

In re: **HPV Family, LLC**, Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Energy Commissioning, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 27, 2024**
Date

/s/ Kell C. Mercer
**Kell C. Mercer**
Signature of Attorney or Litigant
Counsel for **Energy Commissioning, Inc.**

**Kell C. Mercer, P.C.**
**1602 E. Cesar Chavez Street**
**Austin, TX 78702**
**(512) 627-3512**
**kell.mercer@mercer-law-pc.com**